UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

U. H. A.,

                  Petitioner,

v.

PAMELA BONDI, *in her official capacity as Attorney General of the United States*;

KRISTI NOEM, *in her capacity as Secretary of the United States Department of Homeland Security*;

TODD M. LYONS, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; and

DAVID EASTERWOOD, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*;

                  Respondents.

Civil No. 26-417 (JRT/DLM)

**ORDER GRANTING PETITIONER'S REQUEST TO PROCEED PSEUDONYMOUSLY**

---

Petitioner, a refugee, is concerned for his privacy and requests that the Court allow him to proceed under a pseudonym consisting of his initials. The Court will grant this request and will allow him, for this matter, to proceed using only his initials, and will direct that Respondents do the same.

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to caption future filings in this case with only Petitioner's initials.

2. The Clerk shall ensure that the caption on this matter reflects only Petitioner's initials and is directed to seal any filings available to the public that reference Petitioner's full name.

DATED: January 22, 2026                         \_\_\_\_\_/s/ John R. Tunheim\_\_\_\_\_
at Minneapolis, Minnesota.                      JOHN R. TUNHEIM
                                                     United States District Judge